UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7332**

---

WILBERT THOMAS,

Plaintiff - Appellant,

versus

GEORGE TRENT, Warden, Mount Olive Correctional
Complex, in his individual and personal capac-
ity; SUZANNE CANTRELL, Business Manager, Mount
Olive Correctional Complex, in her individual
and personal capacity; JANICE MORGAN, Trustee
Clerk, Mount Olive Correctional Complex, in
her individual and personal capacity; BECKY L.
MOORE, Trustee Clerk, Mount Olive Correctional
Complex, in her individual and personal
capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield. David A. Faber, District
Judge. (CA-95-1099-5)

---

Submitted:  February 27, 1997          Decided:  March 11, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wilbert Thomas, Appellant Pro Se.  Darrell V. McGraw, Jr., Ronda
Gunter, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charles-
ton, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Thomas v. Trent</u>, No. CA-95-1099-5 (S.D.W. Va. Aug. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>